IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>   v. )<br>ELTON WILLIAMS, )<br>        Defendant and )<br>        Judgment Debtor. )<br>_____)<br>NORTH BAY SANDBLASTERS, )<br>        Garnishee. )<br>_____) | 2:07MC00113-GEB-KJM<br><br>ORDER OF CONTINUING GARNISHMENT PURSUANT TO STIPULATION (Voluntary) |

    Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

    IT IS HEREBY ORDERED that the garnishee North Bay Sandblasters shall withhold each month and remit to the United States District Court $100.00 of defendant's disposable earnings**\***, until the judgment is paid in full, or until further order of the Court.

DATED: November 21, 2007.

_____
U.S. MAGISTRATE JUDGE

**\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)

1