IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ELTON WILLIAMS,<br><br>       Defendant and<br>       Judgment Debtor.<br>_____<br>HANSEN PAINTING & DECORATING,<br><br>       Garnishee.<br>_____ | 2:07MC00113-GEB-KJM<br><br>ORDER OF CONTINUING<br>GARNISHMENT PURSUANT TO<br>STIPULATION (Voluntary) |

    Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

    IT IS HEREBY ORDERED that the garnishee Hansen Painting & Decorating shall withhold each month and remit to the United States District Court $100.00 of defendant's disposable earnings**\***, until the judgment is paid in full, or until further order of the Court.

DATED:  December 3, 2007.

                                                      _____<br>                                                      U.S. MAGISTRATE JUDGE

**\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)

1